1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jonathan B. Goldsmith, Esq.; Luis Burgos, and Dorian Burgos, <br><br>     Appellants <br><br> v. <br><br> United States Trustee, <br><br>     Appellee | 2:15-cv-2473-JAD <br><br> *Appeal from Chapter 11 Bankruptcy Proceedings in 12-16894-MKN* <br><br> **Order Granting Motion to Dismiss the Burgoses' Appeal and Amending the Caption** <br><br> [ECF 6] |

Jonathan B. Goldsmith, "former attorney for debtors" Luis Burgos and Dorian Burgos,

filed this appeal purportedly on behalf of himself and the Burgoses to challenge various

bankruptcy court orders.[1]  The Burgoses[2] now move to dismiss their appeal because they did not

intend to appeal as part of Goldsmith's filing, and they ask that the caption be amended to reflect

their removal from this case.[3]  I find this motion suitable for resolution without oral argument,[4]

and I find good cause to dismiss any appeal purportedly brought on behalf of the Burgoses and

order their names deleted from the caption of this case.

    **IT IS THEREFORE ORDERED** that the motion to dismiss the appeal on behalf of

Luis Burgos and Dorian Burgos and correct the caption **[ECF 6] is GRANTED.**  Luis Burgos

---

[1] ECF 1.

[2] Counsel for Mr. & Mrs. Burgos repeatedly and erroneously attempts to pluralize the Burgoses' last name with an apostrophe (Burgos') instead of an *es*, which makes the motion very hard to follow.  An apostrophe denotes possession, not pluralization.  Last names ending in an *s* are made plural by adding an *es*, not an apostrophe.  *See* Bryan A. Garner, The Redbook, ¶ 7.7(g), 131 (3d ed. 2013) ("Do not make the common error of using an apostrophe to form the plural of a name.").

[3] ECF 6.

[4] L.R. 78-2.

1   and Dorian Burgos are dismissed from this case, and the caption on any documents filed in this

2   case in the future should reflect Goldsmith and the United States Trustee as the only parties to

3   this bankruptcy appeal.

4          Dated this 14th day of January, 2016

5                                                          _____

                                                           Jennifer A. Dorsey
6                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2