JONATHAN B. GOLDSMITH
Nevada Bar No. 11805
500 South 4th Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 818-4739
jonathan@vegaslawsite.com
Appellant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) <br> ) <br>    LUIS BURGOS and ) <br>    DORIAN BURGOS ) <br> ) <br>    Debtor. ) <br>_____ ) <br> ) <br> JONATHAN B. GOLDSMITH, ESQ., ) <br> ) <br>    Appellant, ) <br> ) <br>    vs. ) <br> ) <br> UNITED STATES TRUSTEE, ) <br> ) <br>    Appellee. ) <br> ) | Case No. 2:15-cv-2473-JAD <br><br> Appeal from Bankruptcy Case No. <br> 12-16894-MKN <br> Chapter 11 <br><br><br> **ORDER** |

**STIPULATION TO EXTEND BRIEFING SCEHDULE (THIRD REQUEST)**

COMES NOW Appellant JONATHAN B. GOLDSMITH, ESQ., and Appellee UNITED STATES TRUSTEE, and hereby stipulate to and file this Stipulation to Extend Briefing Schedule ("Stipulation") pursuant to LR 6-1(b) and LR 7-1.

**1) Status of Appeal**

This proceeding was commenced on December 22, 2015, when appellant filed a notice of appeal from bankruptcy court order (1) granting Appellee's motion for disgorgement of fees pursuant to 11 U.S.C. 329 that were paid to Appellant; and (2) denying Appellant's request for allowance of fees and expenses pursuant to 11 U.S.C. 330 (Bankr. Dkt. No. 175).

In accordance with Fed. R. Bankr. P. 8009, Appellant filed a designation of record (Bankr. Dkt. No. 182), a statement of issues (Bankr. Dkt. No. 184), and ordered a transcript of the underlying bankruptcy proceeding (Bankr. Dkt. No. 183). Appellee filed her supplement designation of record (Bankr. Dkt. No. 189). The record on appeal was transmitted by the Bankruptcy Court on January 12, 2016.

The parties had reached a settlement to resolve this appeal, and sought a stay of the briefing schedule which was granted. (Dkt. No. 13). Due to a dispute between the parties, a settlement did not occur. The Bankruptcy Court entered an Order on June 15, 2016 denying the motion to approve settlement agreement as having been withdrawn. On July 5, 2016, the Court entered an Order Lifting Stay and Resetting Briefing Schedule. (Dkt. No. 16).

**2) Request for 45-day extension to file Briefs**

    a. When the briefs are initially due.

Currently Appellant's opening brief is due August 8, 2016. Appelle's answering brief is due within 30 days after service of the opening brief. Appellant must file and serve its reply brief within 14 days after service of the answering brief.

    b. How many extensions of time have been granted.

The Court previously granted two extensions of time for the briefing schedule. The first extension was granted by the Court's Order on January 20, 2016. (Dkt. No. 11). The second extension was granted by the Court's Order on February, 19 2016. (Dkt. No. 13) when the case was sent to the Bankruptcy Court on limited remand.

    c. Reason why this extension is necessary.

Appellant is engaging in settlement discussions with the Debtors through their representative which the parties believe may lead to settlement on the issues under appeal. The current briefing schedule does not provide the parties sufficient time to discuss settlement, and prepare and file their

respective briefs.  The parties are seeking respective 45 day extensions to the opening and answering brief due to other conflicting scheduling deadlines.

        d.  <u>Specific amount of time requested.</u>

The parties seek a 45-day extension of time that will allow Appellant until September 22, 2016 to file an opening brief.  Appelle's answering brief will be due within 45 days after the opening brief is due on November 7, 2016.  Appellant must file and serve a reply brief within 14 days after the answering brief is due on November 21, 2016.

**3) Conclusion**

Wherefore, Appellant and Appellee request that this stipulation for an extension of time to file their respective briefs as set forth above be granted.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| Dated: <u>July 25, 2016</u> | By: | /s/ Jonathan B. Goldsmith | |
| | | Jonathan B. Goldsmith | |
| | | Appellant | |
| Dated: <u>July 25, 2016</u> | By: | /s/ Terri H. Didion | |
| | | Terri H. Didion | |
| | | Trial Attorney for Appellee | |
| | | United States Trustee | |

**IT IS SO ORDERED.**

Dated: July 26, 2016    By: _____
                                            Honorable Jennifer A. Dorsey
                                            United States District Judge